**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC.,

     Plaintiff,

  v.

ROBERT M. LAUENSTEIN and AG
ENTERTAINMENT, INC.,

     Defendants.

_____/

No. C 03-03183 CW

**DEFAULT JUDGMENT**

    For the reasons set forth in the Report and Recommendation to Enter Default Judgment adopted by this Court,

    IT IS HEREBY ORDERED AND ADJUDGED

    That default judgment is entered against Defendants Robert M. Lauenstein and AG Entertainment, Inc.  Plaintiff shall recover of Defendants Robert M. Lauenstein and AG Entertainment, Inc. the sum of $49,500 ($45,000 for willful infringement and $4,500 for unauthorized use), with interest thereon as provided by 28 U.S.C. § 1961, plus $6,225 in fees and $384.25 in costs.

Dated: 3/16/04

                 /s/ CLAUDIA WILKEN
                 CLAUDIA WILKEN
                 United States District Judge