GILL SPERLEIN (172887)
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., a California corporation, | **CASE NO.:  03-3183   CW** |
| Plaintiff, | **ACKNOWLEDGEMENT OF** |
| vs. | **SATISFACTION OF JUDGMENT** |
| ROBERT M. LAUENSTEIN, an individual and AG ENTERTAINMENT, INC., a business entity type unknown, | |
| Defendant. | |

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff and judgment creditor Io Group, Inc., hereby acknowledges that it has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment, including accrued interest and costs.

Dated:  December 13, 2007                    Respectfully Submitted,


*/s/ D. Gill Sperlein*
GILL SPERLEIN
GENERAL COUNSEL, IO GROUP, INC.
Attorney for Plaintiff Io, Group, Inc.

-1-